UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO THOMAS, | |
| Plaintiff, | CASE NO. C09-252-RSM |
| v. | |
| ROCKY BRONKHORST, | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| Defendant. | |

The Court, having reviewed plaintiff's Civil rights complaint, defendant's motion to dismiss, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's motion to dismiss (Dkt. No. 14) is GRANTED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to plaintiff at his last known address, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this _31_ day of August, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER